SEYFARTH SHAW LLP
Mark P. Grajski (SBN 178050)
E-mail: mgrajski@seyfarth.com
Timothy B. Nelson (SBN 235279)
E-mail: tnelson@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendant
DEVRY INC.

HENKLEONARD PLC
Robert P. Henk (SBN 147490)
E-mail: henkleonard@aol.com
Sheri L. Leonard (SBN 173544)
2260 Douglas Blvd., Suite 200
Roseville, California 95661
Telephone: (916) 787-4544
Facsimile: (916) 787-4530

Attorneys for Plaintiff
DAVID STONE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID P. STONE,<br><br>             Plaintiff,<br><br>       v.<br><br>DEVRY INC., and DOES 1 through 5, inclusive,<br><br>             Defendants. | Case No. 2:13-cv-01089-JAM-DAD<br><br>**STIPULATION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE;  ORDER**<br><br>Date Action Filed: January 7, 2013 |

1   IT IS HEREBY STIPULATED, by and between Plaintiff DAVID P. STONE
2   ("Plaintiff") and DEVRY INC. ("Defendant"), through their respective undersigned counsel, as
3   follows:
4   Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate that
5   Plaintiff's Complaint is hereby dismissed WITH PREJUDICE, each party to bear its own fees
6   and costs.
7   IT IS SO STIPULATED.

DATED: September 16, 2013          SEYFARTH SHAW LLP


                                    By:____s/ Timothy B. Nelson_____
                                          Mark P. Grajski
                                          Timothy B. Nelson
                                    Attorneys for Defendant DEVRY INC.

DATED: September 16, 2013          HENKLEONARD PLC


                                    By:____s/ Robert P. Henk_____
                                          Robert P. Henk
                                    Attorneys for Plaintiff DAVID STONE

**ORDER**

IT IS HEREBY ORDERED that Plaintiff David P. Stone's Complaint is hereby dismissed with prejudice, each side to bear its own fees and costs.

IT IS SO ORDERED.

Dated: September 16, 2013          /s/ John A. Mendez
                                                     Hon. John A. Mendez
                                                     United States District Court Judge