1  SEYFARTH SHAW LLP
   Mark P. Grajski (SBN 178050)
2  E-mail: mgrajski@seyfarth.com
   Timothy B. Nelson (SBN 235279)
3  E-mail: tnelson@seyfarth.com
   400 Capitol Mall, Suite 2350
4  Sacramento, California 95814-4428
   Telephone: (916) 448-0159
5  Facsimile: (916) 558-4839

6  Attorneys for Defendant
   DEVRY INC.
7
   HENKLEONARD PLC
8  Robert P. Henk (SBN 147490)
   E-mail: henkleonard@aol.com
9  Sheri L. Leonard (SBN 173544)
   2260 Douglas Blvd., Suite 200
10 Roseville, California 95661
   Telephone: (916) 787-4544
11 Facsimile: (916) 787-4530

12 Attorneys for Plaintiff
   DAVID STONE
13

14                        UNITED STATES DISTRICT COURT

15                        EASTERN DISTRICT OF CALIFORNIA

16 | DAVID P. STONE,                          ) Case No. 2:13-cv-01089-JAM-DAD
   |                                          )
17 |         Plaintiff,                       ) **STIPULATION TO DISMISS**
   |                                          ) **PLAINTIFF'S CLAIMS WITH**
18 |    v.                                    ) **PREJUDICE; ORDER**
   |                                          )
19 | DEVRY INC., and DOES 1 through 5,        )
   | inclusive,                               ) Date Action Filed: January 7, 2013
20 |                                          )
   |         Defendants.                      )
21 |                                          )
   |                                          )
22

23

24

25

26

27

28

                                              1
   16119106v.1  STIPULATION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE; [PROPOSED] ORDER

IT IS HEREBY STIPULATED, by and between Plaintiff DAVID P. STONE ("Plaintiff") and DEVRY INC. ("Defendant"), through their respective undersigned counsel, as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate that Plaintiff's Complaint is hereby dismissed WITH PREJUDICE, each party to bear its own fees and costs.

IT IS SO STIPULATED.

DATED: September 16, 2013                                         SEYFARTH SHAW LLP


                                                                  By:_____s/ Timothy B. Nelson_____
                                                                          Mark P. Grajski
                                                                          Timothy B. Nelson
                                                                  Attorneys for Defendant DEVRY INC.

DATED: September 16, 2013                                         HENKLEONARD PLC


                                                                  By:____s/ Robert P. Henk_____
                                                                          Robert P. Henk
                                                                  Attorneys for Plaintiff DAVID STONE

## **ORDER**

IT IS HEREBY ORDERED that Plaintiff David P. Stone's Complaint is hereby dismissed with prejudice, each side to bear its own fees and costs.

IT IS SO ORDERED.

Dated: September 16, 2013        /s/ John A. Mendez
                                 Hon. John A. Mendez
                                 United States District Court Judge